# UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE ) | |
| ) | |
| Wendy Gillette ) | Case No.: 11-00839 |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| ) | |

## Motion To Withdraw Petition And Dismiss Case

COMES NOW, debtor, by and through counsel, pursuant to 11 USCS § 707 and for good cause showing, respectfully moves this Honorable Court to withdraw the petition in this matter and dismiss the Chapter 7 proceedings.

In support of this motion, debtor states as follows:

1. This is a no asset case and no creditors will receive disparate treatment.

2. Debtor is attempting to modify the debt owed to secured creditors.

3. The Debtor has entered into agreement with its main creditor 1726 Inc. pursuant to that agreement, which was approved by the this Court on February 22, 2013, the plaintiff 1726 Inc. agreed to dismiss its complaint in the adversary proceeding 12-10005. The plaintiff further agreed to allow debtor to satisfy the debt owed with payment of non-estate assets.

.

WHEREFORE, debtor respectfully requests that the case be dismissed as the interests of each of the creditors have and will be protected.

Respectfully Submitted,

/S/Jamison B. Taylor
Jamison B. Taylor
Bar # 457280
1218 11th St. NW
Washington, DC 20001

Phone: 202-997-3802
Fax:    202-842-3331
Attorney for Debtor

## Certificate of Service

       I hereby certify that on March 25, 2013, I served a copy of the above captioned Debtor's Motion To Voluntarily Dismiss Chapter 7 Case by US Postal service upon:

Craig D. Roswell, Esq.
Federal Bar #433406
Niles, Barton & Wilmer, LLP
III S. Calvert Street, Suite 1400
Baltimore, MD 21202
Counsel for 1726, Inc.

William D. White
McCarthy & White, PLLC
1751 Pinnacle Drive, Suite 1115
McLean, V A 22102
*Trustee*

PIA Card Services, N.A.
P.O. Box 15102
Wilmington, DE 19886-5102

Midland Credit Management, Inc.
8875 Aero Drive, Suite 200
San Diego, CA 920123

| | |
|---|---|
| Kass, Mitel & Kass<br>1050 17th Street, NW, Suite 1100<br>Washington, DC 20036 | Atlas Acquisitions LLC<br>294 Union Street<br>Hackensack, NJ 07601 |
| | Greenstein Delorme & Luchs, P.C.<br>1620 L StreetNW, Suite 900<br>Washington, DC 20036 |
| HD Johnson<br>c/o R.A. Rogers, Inc. c/o R.A.<br>P.O. Box 3302<br>Crofton, MD 21114 | Drs. Elizabeth Ross & Kenneth Lee<br>Rogers, Inc.<br>P.O. Box 3302<br>Crofton, MD 21114 |
| First Class Anesthesia<br>12510 Prosperity Drive, Suite 200<br>Silver Spring, MD 20904 | Office of Tax and Revenue<br>P.O. Box 75520<br>Washington, DC 20013 |

*A-I* Extraction Columbia Fertility
P.O. Box 860878 2440 M Street NW, Suite 401
Wahiasa, HI 96786 Washington, DC 20037

BMW Financial Services N.A., LLC
P.O. Box 3608
Dublin, OH 43016

Nordstrom F.S.B.
P.O. Box 6566
Englewood, CO 80155

Pepco
701 9th Street, NW
Washington, DC 20068

Jackson & Campbell, P.C.
Attn: John Matteo
1120 20th Street NW, Suite 300 S.
Washington, DC 20036

Department of Treasury
Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

/S/Jamison B. Taylor
Jamison B. Taylor